EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:<br><br>Luis R. Rivera Medina | 2021 TSPR 85<br><br>207 DPR \_\_\_\_\_ |
|---|---|

Número del Caso: TS-14,207


Fecha: 22 de junio de 2021


Abogada de la parte peticionaria:

    Lcda. Daisy Calcaño López


Materia: Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Luis R. Rivera Medina

TS-14,207

RESOLUCIÓN

En San Juan, Puerto Rico, a 22 de junio de 2021.

Evaluada la *Moción solicitando reinstalación al ejercicio de la abogacía* presentada por el Sr. Luis R. Rivera Medina, se provee ha lugar y se ordena la reinstalación de este al ejercicio de la abogacía. Se le apercibe que en lo sucesivo deberá dar fiel cumplimiento a los deberes impuestos por el Código de Ética Profesional, 4 LPRA Ap. IX, así como atender diligentemente los señalamientos y requerimientos de este Tribunal, y del Programa de Educación Jurídica Continua.

Publíquese.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo.

José Ignacio Campos Pérez
Secretario del Tribunal Supremo